IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | |
| ) | |
| WILLIAM HILL U.S. HOLDCO, INC.; and   ) | C.A. No. 18-533-RGA |
| BRANDYWINE BOOKMAKING LLC,   ) | |
| ) | |
| Defendants.   ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |

[PROPOSED] ORDER
DIRECTING PARTIES TO ENGAGE IN RULE 26(F) CONFERENCE

IT IS HEREBY ORDERED this 28 day of September, 2018, that the parties to the above-captioned action shall meet and confer in accordance with Federal Rule of Civil Procedure 26(f) within 18 days of this Order.

_____
UNITED STATES DISTRICT JUDGE

ME1 28147684v.1